# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MAYZE DANIELS, et al.,

　　　　　　　　　Plaintiffs,

　　v.

NATIONAL RAILROAD PASSENGER CORP., et al.,

　　　　　　　　　Defendants.

CASE NO. C20-0295-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

　　　Because plaintiffs do not appear to have funds available to afford the $400.00 filing fee, plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiffs' IFP applications (Dkts. 4 and 5) are GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiffs and to the assigned District Judge.

　　　DATED this 19th day of March, 2020.

　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1