UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYZE DANIELS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, et al., <br><br> Defendants. | CASE NO. C20-0295JLR <br><br> ORDER STRIKING DISCOVERY MOTION |

Before the court is Defendant National Railroad Passenger Corporation's ("Amtrak") motion for an order compelling Plaintiffs Mayze Daniels and Darrell Parodi to serve initial disclosures and respond to Amtrak's discovery. (Mot. (Dkt. # 18).) Amtrak filed its motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's June 23, 2020, scheduling order. (*See* Sched. Order (Dkt. # 17) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order

ORDER - 1

relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . .") (second alteration in original)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Amtrak's motion (Dkt. # 18) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 28th day of October, 2020.

JAMES L. ROBART
United States District Judge