UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYZE DANIELS, et al., | CASE NO. C20-0295JLR |
| Plaintiffs, | ORDER |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |

Pursuant to the court's order striking its discovery motion (10/28/20 Order (Dkt. # 20) at 2), counsel for Defendant National Railroad Passenger Corporation ("Amtrak") contacted the court to request a conference regarding a discovery issue.  Amtrak's motion to compel (MTC (Dkt. # 18)) shall stand as its statement on the discovery issue.  The court ORDERS Plaintiffs Mayze Daniels and Darrell Parodi (collectively, "Plaintiffs") to jointly file a single statement of no more than five (5) pages responding to the discovery

//

ORDER - 1

issue and providing brief argument in support of their position.  Plaintiffs must file their statement no later than Wednesday, December 30, 2020, at 5:00 p.m.

The court further ORDERS the parties to appear at a telephonic hearing on Tuesday, January 5, 2021, at 1:00 p.m.  Parties are directed to call in at 866-590-5055 and use the access code 1228416 # to join the telephonic hearing at the designated time.

The court cautions Plaintiffs that failure to fully comply with this order may constitute grounds for sanctions up to and including dismissal.  The Clerk is DIRECTED to send a copy of this order to Plaintiffs.

Dated this 17th day of December, 2020.

JAMES L. ROBART
United States District Judge