1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

MAYZE DANIELS, et al.,

CASE NO. C20-0295JLR

11

Plaintiffs,

ORDER

12

v.

13

NATIONAL RAILROAD
PASSENGER CORPORATION, et

14

al.,

15

Defendants.

16        Before the court is *pro se* Plaintiffs Mayze Daniels and Darrell Parodi's

17  (collectively, "Plaintiffs") motion for leave to file a late response to Defendant National

18  Railroad Passenger Corporation's ("Amtrak") motion to dismiss.  (Mot. (Dkt. # 29).)

19  Plaintiffs represent in their motion that they had initially sent their response to Amtrak's

20  counsel instead of filing it with the court.  (*Id.* at 1.)  Amtrak has not opposed the

21  Plaintiffs' motion.  (*See* Dkt.)  The court notes that Plaintiffs' response to Amtrak's

22  motion to dismiss was filed before the deadline and thus will stand as filed.  *See* Local

1  Rules W.D. Wash. LCR 7(b)(4); (Resp. (Dkt. # 30).)  Accordingly, the court DENIES the

2  motion as moot.

3         The court admonishes Plaintiffs for not attaching a proposed order to their motion.

4  *See* Local Rules W.D. Wash. LCR 7(b)(1) ("The moving party shall . . . file the motion

5  and proposed order with the clerk.").  The court directs Plaintiffs to review their

6  responsibilities under the Local Rules, including their obligation to "ensure that all filings

7  comply with all local rules of this court."  *See id.* LCR 83.1(d)(2).  Again, the court

8  reminds Plaintiffs that although they are *pro se*, they must still abide by the Local Rules.

9  *See Briere v. Chertoff*, 271 F. App'x 682, 683 (9th Cir. 2008).

10        Dated this 16th day of March, 2021.

11

12                                          _____

13                                          JAMES L. ROBART
                                            United States District Judge
14

15

16

17

18

19

20

21

22

ORDER - 2