# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYZE DANIELS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER COROPORATION, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-0295JLR |

\_\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' complaint is dismissed with prejudice.  (*See* 5/20/21 Order (Dkt. # 38).)

Filed this 20th day of May, 2021.

            WILLIAM M. MCCOOL
            Clerk of Court

            s/ Ashleigh Drecktrah
            Deputy Clerk